SIDNEY ORSECK and ISRAEL ORSECK, Appellants, v. MONARCH OIL COMPANY, INC., MAX SCHNUR and ANNA SCHNUR, Respondents.— Motion for leave to appeal to the Court of Appeals, and for certification of questions, denied, with fifty dollars costs. Present— Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [See 255 App. Div. 922.]